(116 So. 923)

Gabe COLEMAN v. STATE. (1 Div. 780.) Court of Appeals of Alabama. April 10, 1928.

T. J. Bedsole, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

(112 So. 920)

A. S. COLLIER v. STATE. (5 Div. 606). Court of Appeals of Alabama. Dec. 14, 1926. Rehearing Denied March 29, 1927.

George F. Smoot, Judge. Holley & Milner, of Wetumpka, for appellant. Harwell G. Davis, Atty. Gen., and Robt. G. Tate, Asst. Atty. Gen., for the State.

PER CURIAM. For error in denial of defendant's motion for new trial the judgment is reversed, and the cause is remanded.

(118 So. 922)

G. D. COLLINS v. C. C. COLLINS. (6 Div. 451.) Court of Appeals of Alabama. Nov. 30, 1928.

John Denson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(116 So. 923)

Joe COLLINS, alias Knot, v. STATE. (2 Div. 405.) Court of Appeals of Alabama. April 17, 1928.

T. J. Bedsole, Judge. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The judgment of conviction recites that the defendant interposed a plea of guilty as charged in the indictment. The indictment charged him with the possession, etc., of a still to be used for the purpose of manufacturing or distilling prohibited liquors, and in the second count of distilling, making, or manufacturing alcoholic, etc., liquors. Upon the plea of guilty the court fixed the minimum sentence allowed by law, but notwithstanding this he appealed. There are no errors. The judgment of conviction is affirmed. Affirmed.

(114 So. 921)

M. C. "Rill" COLLINS v. STATE. (6 Div. 281.) Court of Appeals of Alabama. Dec. 20, 1927.

Henry B. Foster, Judge.

BRICKEN, P. J. The proceedings in this case, as shown by the record, appear regular and without error. The cause is here submitted upon the record proper, with no bill of exceptions. The accused was convicted for the offense of manufacturing, etc., prohibited liquors, and was duly sentenced to serve an indeterminate term of imprisonment in the penitentiary. There being no error upon the record, the judgment of conviction from which this appeal was taken will stand affirmed. Affirmed.

(112 So. 920)

Lafe COMER and Oscar Lee Walker v. STATE. (5 Div. 657.) Court of Appeals of Alabama. May 17, 1927.

N. D. Denson, Judge.

BRICKEN, P. J. These appellants were jointly indicted, jointly tried, and convicted of robbery. The specific charge was that they feloniously took $30 in lawful currency of the United States of America (describing it), the property of Willie Rowell, from his person and against his will, by violence to his person, or by putting him in such fear as unwillingly to part with the same. The punishment of each of the defendants was fixed by the jury at ten years' imprisonment in the penitentiary. From the judgment of conviction, both of the defendants appealed. We have carefully examined all the evidence adduced upon the trial of this case; and it presents a question for the determination of the jury. But few exceptions were reserved to the court's rulings pending the trial. The points of decision involved are simple. In none of these rulings is there error; certainly no error calculated to injuriously affect the substantial rights of the defendants. To the contrary, it is manifest that these appellants were accorded a fair and impartial trial in this case, free from hurtful error. More than this they have no right to expect or demand. Such of the refused charges as properly stated the law were fairly and substantially covered by the oral charge of the court and the charges given at request of appellants. No question is raised as to the regularity of the record proper; it is free from error. The judgment of conviction, from which this appeal was taken, must be and is affirmed. Affirmed.

(117 So. 924)

Horace COOPER v. STATE. (8 Div. 647.) Court of Appeals of Alabama. May 22, 1928.

O. Kyle, Judge. Second degree murder.

BRICKEN, P. J. Appeal dismissed.

(114 So. 921)

Murphy CORKRIEN v. STATE. (6 Div. 169.) Court of Appeals of Alabama. Dec. 13, 1927.

R. L. Blanton, Judge.

SAMFORD, J. Appeal dismissed.